**Order filed August 10, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00332-CV
_____

**SHAWN DEANE GRUSS, AS TRUSTEE OF THE GALLAGHER FAMILY TRUST, Appellant**

**V.**

**GARY W. GALLAGHER, Appellee**

**On Appeal from the County Probate Court No. 3
Harris County, Texas
Trial Court Cause No. 435263-402**

## O R D E R

No reporter's record has been filed in this case. The court reporter informed this court that appellant has not requested the reporter's record be prepared. On June 25, 2021, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof that a request to prepare the reporter's record

had been made and proof of payment or indigency. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.